**Tabetha A. Martinez, Esq. (#14237)**
**Susan E. Gillespie, Esq. (#15227)**
**Olivia F. Bivens, Esq. (#15014)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
sgillespie@burgermeyer.com
obivens@burgermeyer.com

Attorneys for Defendants
Walmart, Inc. and Walmart Stores, Inc.

**BURGER, MEYER & D' ANGELO, LLP**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMEER MUHAMMAD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC:, d/b/a WALMART SUPERCENTER, a Delaware Foreign Corporation; WALMART STORES, INC., a Delaware Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIE I through X, inclusive;<br><br>Defendants. | Case No.: 2:26-cv-02086-GMN-EJY<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Plaintiff, AMEER MUHAMMAD, by and through his attorneys of record, EGLET LAW, and Defendants, WALMART, INC. dba WALMART SUPERCENTER and WALMART STORES, INC., by and through their attorneys of record, BURGER, MEYER & D'ANGELO, LLP, hereby submit the following Stipulation and [Proposed] Order to Extend Discovery Deadlines (First Request) for this Honorable Court's, seeking to extend the deadlines in the current scheduling order for a period of ninety (90) days for the reasons explained herein.

Pursuant to Local Rule IA 6-1(a), the parties hereby aver that this is the first discovery extension requested in this matter.

## I. DISCOVERY COMPLETED

- A Rule 26(f) Case Conference was held on July 29, 2026.
- Plaintiff served his Initial FRCP 26 disclosures on July 28, 2026.
- Plaintiff served his First Supplement to Initial FRCP 26 disclosures on September 1, 2026.
- Defendants served their Initial FRCP 26 disclosures on August 12, 2026.
- Plaintiff propounded Requests for Admission, Requests for Production of Documents, and Interrogatories to Defendants on September 23, 2026.
- Defendants propounded Requests for Production of Documents, and Interrogatories to Plaintiff on September 2, 2026.
- Plaintiff responded to Defendants Requests for Production of Documents, and Interrogatories to Defendants on October 5, 2026.
- Subpoenas have been issued for Plaintiff's medical records.
- The Parties have been actively negotiating the parameters of a scheduled site inspection for Plaintiff's expert, which was set for October 14, 2026, but is now being rescheduled.

## II. DISCOVERY REMAINING

- Defendant's Responses to written discovery.
- Potential Rule 35 Medical Examination of Plaintiff.
- Initial and Rebuttal Expert Designations and Reports.
- Deposition of Plaintiff.
- Depositions of Experts.
- Depositions of Percipient Witnesses.
- Depositions of Treating Physicians.
- Deposition of Defendant's 30(b)(6) PMK.
- Additional written discovery as deemed necessary.
- Any other discovery the parties deem necessary.



BURGER, MEYER & D'ANGELO, LLP

BURGER, MEYER & D'ANGELO, LLP

## III. REASONS WHY DISCOVERY SHOULD BE EXTENDED

The parties have acted in good faith in this matter in terms of complying with discovery deadlines but require additional time. The parties have engaged in discussions regarding participating in a mediation to resolve this matter. An extension will allow for additional discovery to be conducted and for the parties to continue their attempts to resolve this matter by participating in a mediation. In the meantime, the Parties are actively negotiating the parameters of a scheduled site inspection for Plaintiff's expert and anticipate noticing depositions once a complete round of written discovery requests has been answered and responded to. The parties jointly stipulate and request that the deadlines be extended by ninety (90) days after the current deadlines.

## IV. PROPOSED DISCOVERY PLAN:

| | CURRENT DATES | PROPOSED DATES |
|---|---|---|
| Motions to Add Parties and Amend Pleadings | October 14, 2026 | **January 12, 2027** |
| Initial Expert Disclosures | November 13, 2026 | **February 11, 2027** |
| Rebuttal Expert Disclosures | December 14, 2026 | **March 15, 2027** |
| Discovery Cut-Off | January 12, 2027 | **April 14, 2027** |
| Dispositive Motions | February 11, 2027 | **May 14, 2027** |
| Pre- Trial Order | March 15, 2027 | **June 14, 2027** |

/ / /

/ / /

/ / /

**V. <u>CURRENT TRIAL DATE:</u>**

A trial date has not yet been set for this matter. This Stipulation is not being made for purposes of unduly delaying discovery or the trial of this matter, but rather, this request is submitted in the interest of realizing a trial on the merits

IT IS SO STIPULATED.

**EGLET LAW**

By: *<u>/s/ Jack F. DeGree</u>*
Robert T. Eglet, Esq.
Nevada Bar No. 3402
Jack F. DeGree, Esq.
Nevada Bar No. 11102
Nathan E. Swanis, Esq.
Nevada Bar No. 16996
350 S. Rampart Blvd., Suite 310
Las Vegas, NV 89145
*Attorneys for Plaintiff*
*Ameer Muhammad*

**BURGER, MEYER & D'ANGELO, LLP**

By: */s/ Olivia F. Bivens*
Susan E. Gillespie, Esq.
Nevada Bar No. 15277
Olivia F. Bivens, Esq.
Nevada Bar No. 15014
725 S. Eighth Street, Suite 200
Las Vegas, NV 89101
*Attorneys for Defendants*
*Walmart, Inc. and Wal-Mart Stores, Inc.*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

[signature]
**UNITED STATES MAGISTRATE JUDGE**

Dated: October 14, 2026

Respectfully Submitted:

*/s/ Olivia F. Bivens*
Susan Gillespie, Esq.
Nevada Bar No.: 15227
Olivia F. Bivens, Esq.
Nevada Bar No.: 15014
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
*Attorneys For Defendants*

BURGER, MEYER & D'ANGELO, LLP